IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO ACCOUNTS STORED AT PREMISES CONTROLLED BY PARLER, LLC PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 111(a), 231(a), 1512(c), 1752(a), 40 U.S.C. § 5104(e) | CASE NO.: 21-SC-395<br><br>**FILED UNDER SEAL** |

## ORDER

In light of the government's Motion to Unseal, accordingly, this Court grants the government's Motion, and permits the government to disclose any and all papers associated with this case number in order to provide discovery to opposing counsel in ongoing litigation. This order does not unseal the entire case file.

Date: May 7, 2021

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA